The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CLEAR CHANNEL OUTDOOR, a Delaware corporation,

                        Plaintiff,

v.

CITY OF TACOMA, a municipal corporation; and JOHN W. HARRINGTON, JR., an individual,

                        Defendants.

No. C07-5407 BHS

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

The undersigned counsel stipulate that this matter is dismissed without prejudice and subject to the terms and conditions in the attached Agreement Re Dismissal of Lawsuit.

DATED this 13th day of October, 2010.

| BYRNES & KELLER LLP | KENYON DISEND, PLLC |
|---|---|
| By /s/ Paul R. Taylor<br>   Paul R. Taylor, WSBA #14851<br>   Steven C. Minson, WSBA #30974<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Telephone: (206) 622-2000<br>Facsimile: (206) 622-2522<br>ptaylor@byrneskeller.com<br>sminson@byrneskeller.com<br>Attorneys for Plaintiff Clear Channel Outdoor | By /s/ Shelley M. Kerslake per email author.<br>   Shelley M. Kerslake, WSBA #21820<br>   Chris D. Bacha, WSBA #16714<br>11 Front Street South<br>Issaquah, WA 98027-3820<br>Telephone: (206) 433-1846<br>Facsimile: (425) 392-7071<br>shelley@kenyondisend.com<br>chris@kenyondisend.com<br>Attorneys for Defendant City of Tacoma |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL (C07-5407 BHS) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## ORDER

Based upon the foregoing, this matter is dismissed without prejudice and subject to the terms and conditions of the attached Agreement Re Dismissal of Lawsuit.

DATED this _____ day of October, 2010.

_____
Honorable Benjamin H. Settle
United States District Court Judge

Presented by:

BYRNES & KELLER LLP


By /s/ Paul R. Taylor
   Paul R. Taylor, WSBA #14851
   Steven C. Minson, WSBA #30974
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
ptaylor@byrneskeller.com
sminson@byrneskeller.com
Attorneys for Plaintiff Clear Channel Outdoor


KENYON DISEND, PLLC


By /s/ Shelley M. Kerslake per email author.
   Shelley M. Kerslake, WSBA #21820
   Chris D. Bacha, WSBA #16714
11 Front Street South
Issaquah, WA 98027-3820
Telephone: (206) 433-1846
Facsimile: (425) 392-7071
shelley@kenyondisend.com
chris@kenyondisend.com
Attorneys for Defendant City of Tacoma

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL (C07-5407 BHS) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 13th day of October, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shelley M. Kerslake
Chris D. Bacha
Kenyon Disend, PLLC
11 Front Street South
Issaquah, WA 98027-3820
shelley@kenyondisend.com
chris@kenyondisend.com

/s/ Paul R. Taylor, WSBA #14851
Paul R. Taylor, WSBA #14851
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
ptaylor@byrneskeller.com
Attorneys for Plaintiff Clear Channel

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL (C07-5407 BHS) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## AGREEMENT RE DISMISSAL OF LAWSUIT

1.     Upon execution of the attached Settlement Agreement by the City, the parties shall file a Stipulated Dismissal of the lawsuit. If the City thereafter attempts to enforce the provisions of TMC 13.06.520N(6) ("Amortization"), as that provision exists as of the date that the City signs the Settlement Agreement, and Clear Channel files a lawsuit challenging such action, any such lawsuit shall be deemed to have been filed on the date the lawsuit was originally filed for purposes of the statute of limitations and laches.

2.     The City agrees that it will continue to comply with and be bound by the terms of the Stipulated Injunction in the pending case during the period from when it signs the Settlement Agreement to a date three weeks after the expiration of the applicable Option Period. If Clear Channel refiles the lawsuit during that period, the terms of the Stipulated Injunction shall continue in effect until the conclusion of the lawsuit, including all appeals.

3.     The City agrees to notify Clear Channel in the event of a third-party challenge to all or any portion of the Settlement Agreement or any Ordinance adopted in connection with the Settlement Agreement. If such challenge is made, Clear Channel may, at its sole discretion, elect to toll the Sign removal requirements in Paragraph 2 of the Settlement Agreement until the conclusion of the lawsuit, including all appeals, by giving written notice of such election to the City within 30 days of service of such challenge upon Clear Channel.

4.     In the event the Settlement Agreement or any resulting Ordinance is wholly or partially invalidated by a final non-appealable court order issued as a result of a third-party challenge, and the City thereafter attempts to enforce TMC 13.06.520N(6) as it now exists, then Clear Channel shall have the option, at its sole discretion, to refile the lawsuit under the terms of Paragraph 1 above.

**ORIGINAL**

5.  Should the City fail to comply with all or any portion of the Settlement Agreement, Clear Channel shall have the right to refile the lawsuit pursuant to the terms of Paragraph 1 above, in addition to the remedies set forth in the Settlement Agreement.

DATED this 6th day of August, 2010.

_____
Clear Channel
Olivia Lippens
President
CCO Seattle

_____
Elizabeth A. Pauli
City Attorney
City of Tacoma

ORIGINAL