The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, a Delaware corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF TACOMA, a municipal corporation; and JOHN W. HARRINGTON, JR., an individual,<br><br>　　　　　　　　　　　　Defendants. | No. C07-5407 BHS<br><br>STIPULATION AND ORDER OF DISMISSAL |

　　　The undersigned counsel stipulate that this matter is dismissed without prejudice and subject to the terms and conditions in the attached Agreement Re Dismissal of Lawsuit.

　　　DATED this 13th day of October, 2010.

BYRNES & KELLER LLP

By /s/ Paul R. Taylor
　　Paul R. Taylor, WSBA #14851
　　Steven C. Minson, WSBA #30974
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
ptaylor@byrneskeller.com
sminson@byrneskeller.com
Attorneys for Plaintiff Clear Channel Outdoor

KENYON DISEND, PLLC

By/s/ Shelley M. Kerslake per email author.
　　Shelley M. Kerslake, WSBA #21820
　　Chris D. Bacha, WSBA #16714
11 Front Street South
Issaquah, WA  98027-3820
Telephone:  (206) 433-1846
Facsimile:  (425) 392-7071
shelley@kenyondisend.com
chris@kenyondisend.com
Attorneys for Defendant City of Tacoma

STIPULATION AND ORDER OF DISMISSAL (C07-5407 BHS) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

**ORDER**

Based upon the foregoing, this matter is dismissed without prejudice and subject to the terms and conditions of the attached Agreement Re Dismissal of Lawsuit.

DATED this 13th day of October, 2010.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

BYRNES & KELLER LLP

By /s/ Paul R. Taylor
   Paul R. Taylor, WSBA #14851
   Steven C. Minson, WSBA #30974
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
ptaylor@byrneskeller.com
sminson@byrneskeller.com
Attorneys for Plaintiff Clear Channel Outdoor

KENYON DISEND, PLLC

By/s/ Shelley M. Kerslake per email author.
   Shelley M. Kerslake, WSBA #21820
   Chris D. Bacha, WSBA #16714
11 Front Street South
Issaquah, WA  98027-3820
Telephone:  (206) 433-1846
Facsimile:  (425) 392-7071
shelley@kenyondisend.com
chris@kenyondisend.com
Attorneys for Defendant City of Tacoma

STIPULATION AND ORDER OF DISMISSAL (C07-5407 BHS) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000